UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Honorable Jose L. Linares |
| : | |
| : | Criminal No. 07-1003 |
| vs. : | |
| : | CONSENT ORDER MODIFYING BAIL |
| : | |
| WILLIAM OTTAVIANO. : | |

This matter having come before the Court on the application of defendant William J. Ottaviano (John P. Robertson II, Esq., appearing), with the consent of Christopher J. Christie, United States Attorney for the District of New Jersey (Mark E. Coyne, Assistant U.S. Attorney appearing), for an order modifying the conditions of bail in the above-captioned matter; and it appearing that a modification of the conditions of bail in this matter would enable the defendant to take advantage of services that could be provided or made available to defendant through Pre-Trial Services, including counseling; and for good cause shown:

IT IS on this 3rd day of Nov, 2008, hereby

Ordered that the conditions of defendant's bail shall be modified to require defendant William Ottaviano to participate in such counseling as required and directed by Pre-Trial Services.

HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

I hereby consent to
The form and entry of
This Order


_AUSA Mark E. Coyne/jen_
Christopher J. Christie
United States Attorney
For the District of New Jersey
By: AUSA Mark E. Coyne