UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM OTTAVIANO<br><br>Defendant. | Document Electronically Filed<br><br>**Docket No.: 07-01003-001 (JLL)**<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SURRENDER DATE** |

***THIS MATTER*** having come before the Court on application of defendant, William Ottaviano, by Gregory Tomczak, appointed CJA counsel for the defendant, for an Order Modifying the Surrender Date in the above captioned matter, and the United States by Mark Coyne, Assistant United States Attorney, having consented thereto, and for good cause shown;

IT IS on this day ___23rd___ of February, 2010, HEREBY ORDERED

1.	Defendant, having been sentenced by this Court to a term of imprisonment, was to surrender to the Federal Bureau of Prisons on March 14, 2011. Defendant's surrender date is hereby extended to March 28, 2011.

Dated: February 23, 2011

_____
Hon. Jose L. Linares, U.S.D.C.J.

1