PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: William Ottaviano  Cr.: 2:07CR01003-001
 PACTS #: 50567

Name of Sentencing Judicial Officer:  Honorable Jose L. Linares
 United States District Court Judge

Date of Original Sentence: January 26, 2011

Original Offense: Conspiracy to commit wire fraud.

Original Sentence: Imprisonment - 15 months; Supervised Release - 3 years; Special Assessment - $100; Restitution - $4,119,122.60

Type of Supervision: Supervised Release.  Date Supervision Commenced: April 27, 2012

## STATUS REPORT

U.S. Probation Officer Action:

On January 26, 2011, the offender was sentenced by Your Honor to 15 months imprisonment and 3 years supervised release. The following special conditions were imposed: Financial disclosure, new debt restrictions, alcohol/drug testing and treatment, substance abuse testing, and occupational restrictions. He was also ordered to pay a $100 special assessment and $4,119,122.60 restitution.

Mr. Ottaviano currently resides in Branchville, New Jersey. He has been employed with Andover Sub Acute and Rehab since October of 2013. We believe that Mr. Ottaviano has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $3,375.00 towards his restitution obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Ottaviano's term of supervision to expire as scheduled on April 26, 2015.

Respectfully submitted,

*Barbara Kerrigan*

Barbara R. Kerrigan
Supervising U.S. Probation Officer
April 14, 2015

## The Court Orders:

[ ✓ ] Concur with the Recommendation of the U.S. Probation Office. Case to expire on April 26, 2015.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer
4/16/2015